# United States District Court
# Central District of California

| | |
|---|---|
| DAVID KAUP,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS A. STOCKTON, Credit Management, L.P.,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-05557-ODW (MRW)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 10), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by November 30, 2015, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

October 1, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**