SEAN P. FLYNN (SBN: 220184)
GORDON & REES LLP
2211 Michelson Drive
Suite 400
Irvine, CA 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

Attorneys for Defendants
THOMAS A. STOCKTON AND CREDIT MANAGEMENT, L.P.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUP,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS A. STOCKTON and CREDIT MANAGEMENT, L.P.,<br><br>    Defendants. | CASE NO. 2:15-cv-05557-ODW-MRW<br><br>**JOINT STIPULATION OF DISMISSAL** |

COMES NOW Plaintiff David Kaup and Defendants Thomas A. Stockton and Credit Management, L.P., by and through their attorneys, to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 22 day of August, 2016.

PLAINTIFF:

By: _____
David Kaup

-1-
STIPULATION OF DISMISSAL

1
2  Dated:  August 26, 2016                    GORDON & REES LLP
3
4                                              By: _____
5                                                  Sean P. Flynn  (SBN:  220184)
                                                   Attorneys for Defendant
6                                                  THOMAS A. STOCKTON and
                                                   CREDIT MANAGEMENT, L.P.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Gordon & Rees LLP**
**2211 Michelson Drive Suite 400**
**Irvine, CA 92612**

1110669/29309522v.1

-2-
STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I the undersigned, certify and declare that I am over the age of 18 years, and am an employee of Gordon & Rees LLP, 2211 Michelson Drive, Suite 400, Irvine, California 92612.

On **August 26, 2016** and pursuant to FRCP 5(b), I served a true and correct of the foregoing **JOINT STIPULATION OF DISMISSAL** on the parties below by United States mail addressed as follows to:

| | |
|---|---|
| David Kaup 62547112<br>Federal Correctional Institute<br>Terminal Island<br>P O Box 3007<br>San Pedro, CA 90731 | *Pro Se* |

I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2016, at Irvine, California.

*[signature]*

_____
Leslie M. Handy

1110669/25235925.1